# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MATTHEW SONNY THOMAS, JR.,

    Petitioner,

v.                                                                CASE NO. 3:17cv24/MCR/EMT

JULIE L. JONES,

    Respondent.

_____/

# **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 9, 2018. ECF No. 28. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus, ECF No. 7, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of September 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**